1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMSCHEL ROTHSCHILD EL, <br><br> Plaintiff, <br><br> v. <br><br> KANYE WEST (YE), ET AL, <br><br> Defendants. | CASE NO. 2:25-cv-01774-JHC <br><br> ORDER |

Before the Court is Plaintiff's motion for leave to amend the complaint. Dkt. # 6. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), the Court GRANTS Plaintiff leave to file the amended complaint, as presented, within 14 days of this order.

Dated this 14th day of October, 2025.

John H. Chun
United States District Judge

ORDER - 1