UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMSCHEL ROTHSCHILD EL,<br><br>Plaintiff,<br><br>v.<br><br>KANYE WEST (YE) ET AL,<br><br>Defendants. | CASE NO. 2:25-cv-01774-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff's motions for relief from judgment. Dkt. ## 32 and 33. Plaintiff claims not to have received notice of this Court's December 2, 2025 dismissal order at Dkt. # 25. But Plaintiff appealed that very order on December 15, 2025. Dkt. # 27. The Court DENIES the motion. The Court DIRECTS the Clerk to close this case.

Dated this 31st day of August, 2026.

John H. Chun
United States District Judge